10/14/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday October 23, 2003

4:00 p.m.

CASE NO.  3-01-cv-948 Citizens Co v Trustmark Ins Co

COUNSEL OF RECORD:

| | |
|---|---|
| Edward Boyle | Wilson, Elser, Moskowitz, Edelman & Dicker, 150 East 42Nd St., New York, NY 212-490-3000 |
| Gary M. Case | Wolf, Horowitz, Etlinger & Case, 99 Platt Street, 4th FL, Hartford, CT 860-724-6667 |
| Jeannine W. Chanes | Fried & Epstein, 1350 Broadway Suite 1400, New York, NY 212-268-7111 |
| Robert K. Ciulla | Ciulla & Donofrio, 127 Washington Ave., PO Box 219, North Haven, CT 203-239-9828 |
| Michael William Coffey | Wilson, Elser, Moskowitz, Edelman & Dicker, 150 East 42Nd St., New York, NY 212-490-3000 |
| Jeffrey M. Donofrio | Ciulla & Donofrio, 127 Washington Ave., PO Box 219, North Haven, CT 203-239-9828 |
| Deborah Etlinger | Wolf, Horowitz, Etlinger & Case, 99 Platt Street, 4th FL, Hartford, CT 860-724-6667 |
| John W. Fried | Fried & Epstein, 1350 Broadway Suite 1400, New York, NY 212-268-7111 |
| Joseph M. Pastore III | Brown Raysman Millstein Felder & Steiner, 185 Asylum St., Hartford, CT 860-275-6400 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/23/03

30 min.