UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Citizens Communications | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:01cv948 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| Trustmark Insurance, et al. | : | | |
| | : | | |
| Defendants. | : | | |

## **SCHEDULING ORDER**

The parties having conferred with the Court on October 23, 2003 regarding the above-captioned case, the following changes to the schedule are ordered:

1. Plaintiff will file a supplemental filing on the motions for summary judgment by November 14, 2003, not to exceed five pages;

2. Plaintiff will submit a settlement proposal, including a specific monetary figure, to Defendants by November 14, 2003,

3. Defendants will file a response to Plaintiff's supplemental filing by November 24, 2003, not to exceed five pages;

4. Defendants will respond to Plaintiff's settlement proposal with a proposal of their own, including a specific monetary figure, by November 24, 2003;

5. The Court will hold oral argument on the motions for summary judgment on December 5, 2003 at 10:30 a.m.

IT IS SO ORDERED.

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: October 23, 2003