UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
'03 NOV 21 AM '03
U.S. DISTRICT COURT
NEW HAVEN CT

CITIZENS COMMUNICATIONS COMPANY,  :  CIVIL ACTION NO.
:  301CV948 (DJS) MRK
Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY,
RMTS ASSOCIATES, LLC and
AMERICAN STOP LOSS INSURANCE
BROKERAGE SERVCES, INC.

Defendants    :    November 21, 2003

### DEFENDANT AMERICAN STOP LOSS INSURANCE BROKERAGE SERVICES INC.'S REPLY TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Citizen has opposed Defendant, ASL's Motion for Summary Judgment directed to Count Nine of the Plaintiff's Complaint. In that Count, the Plaintiff alleges that ASL was negligent because it failed to timely accept the Renewal Policy. ASL has moved for summary judgment as to this claim on the basis that there is no evidence the 2000 policy was rescinded based upon ASL's alleged untimely acceptance.

Trustmark is not taking the position that it had the right to rescind the Renewal Policy because ASL failed to timely accept it. In support of its opposition to ASL's motion, the Plaintiff relies upon the cross-claim Trustmark initially asserted against ASL. The Codefendant's cross-claim was subsequently abandoned. Because Trustmark is not taking the position it was entitled to rescind the Renewal Policy based upon ASL's alleged untimely acceptance, ASL is entitled to judgment in its favor as to this claim.

1

WOLF, HOROWITZ, ETLINGER & CASE, L.L.C. *Counselors At Law*
99 Pratt Street, #401, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

WHEREFORE, the Defendant respectfully requests that its Motion for Summary Judgment be granted.

                DEFENDANT,
                AMERICAN STOP LOSS INSURANCE
                BROKERAGE SERVICES, INC.

BY *[signature]*
Deborah Etlinger - ct02877
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street, #401
Hartford, CT  06103
(860) 724-6667

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, via U.S. Mail, to the following counsel of record on the 21st day of November, 2003.

Joseph M. Pastore, III, Esquire
Brown, Raysman, Millstein,
Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103

Jeannine Chanes, Esq.
John W. Fried, Esquire
Fried & Epstein, LLP
1350 Broadway
Suite 1400
New York, NY 10018

Jeffrey M. Donofrio, Esq.
Theresa M. Parietti, Esquire
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT 06473

Michael W. Coffey, Esquire
Wilson, Elser, Moskowitz, Edelman
    & Dicker, LLP
1 Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901

/s/ Deborah Etlinger
Deborah Etlinger

49995