UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CITIZENS COMMUNICATIONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| | ) | 301 CV 948 (MRK) |
| v. | ) | |
| | ) | |
| TRUSTMARK INSURANCE COMPANY, | ) | |
| RMTS ASSOCIATES, LLC and | ) | |
| AMERICAN STOP LOSS INSURANCE | ) | |
| BROKERAGE SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | November 19, 2003 |

## MOTION TO WITHDRAW APPEARANCE

I, Jeannine W. Chanes, am no longer affiliated with the law firm of Fried & Epstein, LLP, 1350 Broadway, Suite 1400, New York, New York, 10018. I am now affiliated with The Law Offices of Jeannine Chanes, P.C. The Plaintiff, Citizens Communications Company, continues to be represented by Fried & Epstein, LLP. The Plaintiff has been notified of my change in affiliation and has consented to the granting of this Motion.

I, therefore, respectfully move the court to withdraw my appearance for the Plaintiff, Citizens Communications Company in the above-referenced matter.

Dated: November 19, 2003

By: _____
Jeannine W. Chanes (CT 413064)
The Law Offices of Jeannine Chanes, P.C.
566 Seventh Avenue, Suite 702
New York, NY 10018

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent via first class mail, postage prepaid, on December 1, 2003, to the following counsel of record:

Jeffrey M. Donofrio, Esq.
Robert K. Ciulla, Esq.
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT 06473

Deborah Etlinger, Esq.
Gary M. Case, Esq.
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street, Fourth Floor
Hartford, CT 06106-1817

Michael William Coffey, Esq.
Edward Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
One Stamford Plaza
263 Tresser Blvd. 9th Floor
Stamford, CT 06901

_____
Thomas J. Lengyel, Esq.

HARTFORD 80827v1