UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -3 P 1:59

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CITIZENS COMMUNICATIONS COMPANY,<br><br>    Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br>RMTS ASSOCIATES, LLC and<br>AMERICAN STOP LOSS INSURANCE<br>BROKERAGE SERVICES, INC.,<br><br>    Defendants. | ) Civil Action No.<br>) 3:01 CV 948 (DJS) (MRK)<br>)<br>) November 26, 2003<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

To the Clerk of the United States District Court and all parties of record:

Please enter the appearance of the undersigned for and on behalf of the defendant TRUSTMARK INSURANCE COMPANY.

Dated:  Stamford, Connecticut
November 26, 2003

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _/s/ Edward Boyle_
Edward Boyle, Esq.
(U.S. Court No. 23885)
Attorneys for the Defendants
RMTS Associates LLC and Trustmark
Insurance Company
1 Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
(203) 564-1900

628456.1