HONORABLE M. R. Kravitz
DEPUTY CLERK K. Ghilardi   RPTR/ERO/TAPE K. Falcone
CT/cvmhrg (January 10, 2002)

TOTAL TIME: 1 hours 45 minutes

DATE Dec 5, 2003   START TIME 10:30   END TIME 12:15
LUNCH RECESS FROM ___ TO ___
Citizens Communications   RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:01cv948 MRK

vs.

☑ SEE ATTACHED CALENDAR FOR COUNSEL

Plaintiffs Counsel

Trustmark Insurance

Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | Doc # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #73 | Pla Mot. Summary Judgement | ☐ | ☐ | ☑ |
| ☑ | #63 | Def Trustmark SJ | ☐ | ☐ | ☑ |
| ☑ | #65 | Def RPMTS SJ (in part) | ☑ | ☐ | ☐ |
| ☑ | #70 | Def American Stop loss SJ (in part) | ☑ | ☐ | ☐ |

Oral Motion ___
Brief(s) due ___   Proposed Findings due ___   Response due ___

___ filed ___ docketed (repeated)

Hearing continued until ___ at ___

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Oral Argument Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3rd Floor Courtroom #4

Friday December 5, 2003
10:30 a.m.

CASE NO. 3:01cv948 MRK
**Citizens Communications v Trustmark Insurance**

✓Edward Boyle  Def
Wilson, Elser, Moskowitz,
Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

Gary M. Case
Wolf, Horowitz, Etlinger & Case
99 Platt Street, 4th FL
Hartford, CT 06103

Jeannine W. Chanes
Fried & Epstein
1350 Broadway, Suite 1400
New York, NY 10018

Robert K. Ciulla
Ciulla & Donofrio
127 Washington Ave.,
PO Box 219
North Haven, CT 06473

Michael William Coffey
Wilson, Elser, Moskowitz,
Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

Michael William Coffey
Wilson, Elser, Moskowitz,
Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

✓Jeffrey M. Donofrio  Def
Ciulla & Donofrio
127 Washington Ave.,
PO Box 219
North Haven, CT 06473

✓Deborah Etlinger  Def
Wolf, Horowitz, Etlinger & Case
99 Platt Street, 4th FL
Hartford, CT 06103

✓John W. Fried  Pla
Fried & Epstein
1350 Broadway, Suite 1400
New York, NY 10018

✓Joseph M. Pastore III  Pla
Brown Raysman Millstein Felder
& Steiner
Cityplace II, 185 Asylum St.
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK