## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CITIZENS COMMUNICATIONS COMPANY | : | |
| | : | |
| Plaintiff, | : | NO.   3:01CV948 (MRK) |
| | : | |
| v. | : | |
| | : | |
| TRUSTMARK INSURANCE COMPANY, RMTS ASSOCIATES, LLC and AMERICAN STOP LOSS INSURANCE BROKERAGE SERVICES, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Motion To Withdraw Appearance of Jeannine W. Chanes [doc. #106] is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 10, 2003