UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| CITIZENS COMMUNICATIONS COMPANY, | ) Civil Action No.: |
| | ) 3:01 CV 948 (DJS) |
| Plaintiff, | ) |
| | ) November 26, 2003 |
| -against- | ) |
| | ) |
| TRUSTMARK INSURANCE COMPANY, | ) |
| RMTS ASSOCIATES, LLC and | ) |
| AMERICAN STOP LOSS INSURANCE | ) |
| BROKERAGE SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of the United States District Court and all parties of record:

Please enter the appearance of the undersigned for and on behalf of the defendant TRUSTMARK INSURANCE COMPANY.

Dated:   Stamford, Connecticut
         November 26, 2003

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Michael William Coffey, Esq.
(U.S. Court No. 18310)
Attorneys for the Defendants
RMTS Associates LLC and Trustmark
Insurance Company
1 Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
(203) 564-1900

- 2 -

628456.1

## CERTIFICATION

It is hereby certified that the above motions for the Appearance of Edward Boyle and Appearance of Michael William Coffey were mailed to all counsel of records on the 1st day of December, 2003:

TO:    Joseph M. Pastore, III, Esq.
Thomas J. Lengyel, Esq.
Brown Raysman Milstein Felder & Steiner, LLP
City Place II, 185 Asylum Street
Hartford, CT 06103

Deborah Etlinger, Esq.
Gary Case, Esq.
Wolf Horowitz Etlinger Case & Ray LLC
241 Main Street
Hartford, CT 06106-1817

Jeannine W. Chanes, Esq.
John W. Fried, Esq.
Fried & Epstein, LLP
1350 Broadway, Suite 1400
New York, New York 10018

Chief Clerk of the Court
District Court of Connecticut
450 Main Street
Hartford, CT 06103

Jeffrey M. Donofrio
Theresa M. Parietti
Ciulla & Donofrio, LLP
P.O. Box 219
North Haven, CT 05473

Katherine J. Hooper
(U.S. Court No. 25299)