UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Friday, February 27, 2004
2:00 p.m.

**STATUS CONFERENCE HELD**

DATE: 2/27/04

30 min.

CASE NO. **3:01cv948 MRK**
**Citizens Communications v Trustmark Insurance**

Edward Boyle
Wilson, Elser, Moskowitz,
Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

Gary M. Case
Wolf, Horowitz, Etlinger &
Case
99 Platt Street, 4th FL
Hartford, CT 06103

Jeannine W. Chanes
Fried & Epstein
1350 Broadway, Suite 1400
New York, NY 10018

Robert K. Ciulla
Ciulla & Donofrio
127 Washington Ave.,
PO Box 219
North Haven, CT 06473

Michael William Coffey
Wilson, Elser, Moskowitz,
Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

Michael William Coffey
Wilson, Elser, Moskowitz,
Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

Jeffrey M. Donofrio
Ciulla & Donofrio
127 Washington Ave.,
PO Box 219
North Haven, CT 06473

Deborah Etlinger
Wolf, Horowitz, Etlinger & Case
99 Platt Street, 4th FL
Hartford, CT 06103

John W. Fried
Fried & Epstein
1350 Broadway, Suite 1400
New York, NY 10018

Joseph M. Pastore III
Brown Raysman Millstein Felder
& Steiner
Cityplace II, 185 Asylum St.
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK