# United States District Court
# District of Connecticut

| | | | |
|---|---|---|---|
| CITIZENS COMMUNICATIONS COMPANY, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:01cv948 (MRK) |
| | : | | |
| v. | : | | |
| | : | | : |
| TRUSTMARK INSURANCE COMPANY, ET AL. | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____    A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**    A settlement conference (orefmisc./cnf.)

____    A conference to discuss the following: (orefmisc./cnf.)

____    Other: (orefmisc./misc)

SO ORDERED this __8th__ day of __March__, __2004__ at New Haven, Connecticut.

_____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE