UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CITIZENS COMMUNICATIONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| | ) | 3:01cv948 (MRK) |
| v. | ) | |
| | ) | |
| TRUSTMARK INSURANCE COMPANY, | ) | |
| RMTS ASSOCIATES, LLC and | ) | |
| AMERICAN STOP LOSS INSURANCE | ) | |
| BROKERAGE SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | February 26, 2004 |

PLEASE TAKE NOTICE that Fried & Epstein LLP, which is a counsel of record for Plaintiff Citizens Communications Company, has changed its name to Fried Epstein & Rettig LLP, which continues to be a counsel of record for Plaintiff.

FRIED EPSTEIN & RETTIG LLP

By ___/s/ J.W. Fried___
John W. Fried (CT23156) *Pro Hac Vice*

1350 Broadway, Suite 1400
New York, New York 10018
(212) 268-7111

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER, LLP
CityPlace II
185 Asylum Street
Hartford, CT 06103
(860) 275-6426

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff Citizens Communications Company, hereby certifies that, on March 5, 2004 ~~February 26,~~ 2004, a true copy of the foregoing was served by first class U.S. Mail on all counsel of record, as listed below:

Deborah Etlinger, Esq.
Wolf Horowitz Etlinger Case & Ray, LLC
241 Main Street
Hartford, CT 06106

Jeffrey M. Donofrio, Esq.
Ciulla & Donofrio, LLP
Washington Avenue, PO Box 219
North Haven, CT 06473

Edward Boyle, Esq.
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901

Joseph M. Pastore, III, Esq.
Brown Raysman Millstein
  Felder & Steiner, LLP
CityPlace II
185 Asylum Street
Hartford, CT 06103

John W. Fried (CT23156) *Pro Hac Vice*

Fried Epstein & Rettig LLP
1350 Broadway, Suite 1400
New York, New York 10018
(212) 268-7111