UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 3, 2004

10:00 a.m.

*Held — 5 hours*

CASE NO. **3:01cv948 (MRK)**   Citizens Communications Co. Vs. Trustmark Insurance Co., et al

Edward Boyle
Wilson, Elser, Moskowitz, Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639


Gary M. Case
Wolf, Horowitz, Etlinger & Case
99 Pratt Street, 4th FL
Hartford, CT 06103


Robert K. Ciulla
Ciulla & Donofrio
127 Washington Ave., PO Box 219
North Haven, CT 06473


Michael William Coffey
Wilson, Elser, Moskowitz, Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639


Jeffrey M. Donofrio
Ciulla & Donofrio
127 Washington Ave., PO Box 219
North Haven, CT 06473


Deborah Etlinger
Wolf, Horowitz, Etlinger & Case
99 Pratt Street
Suite 401
Hartford, CT 06103


John W. Fried
Fried Epstein & Rettig
1350 Broadway
Suite 1400
New York, NY 10018


Joseph M. Pastore III
Brown Raysman Millstein Felder & Steiner
Cityplace II
185 Asylum St.
Hartford, CT 06103


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK