```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT


Citizens Co

V.                                Case Number:  3:01cv948 (MRK)

Trustmark Ins Co, et al


                         NOTICE  TO  COUNSEL
                         -------------------
```

The above-entitled case was reported to the Court on May 10, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 9, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, May 12, 2004.


```
                         KEVIN F. ROWE, CLERK

                         By: /s/ Kenneth R. Ghilardi
                             Kenneth R. Ghilardi
                             Deputy Clerk
```