UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************
                                    *
CITIZENS COMMUNICATIONS             *
COMPANY,                            *
                                    *     CIVIL ACTION
          Plaintiff,                *     NO.  3:01 CV 948 (MRK)
vs.                                 *
                                    *
TRUSTMARK INSURANCE COMPANY,        *
RMTS ASSOCIATES, LLC and            *
AMERICAN STOP LOSS INSURANCE        *
BROKERAGE SERVICES, INC.,           *
                                    *
          Defendants.               *
                                    *     June 8, 2004
                                    *
*************************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED by and between Citizens Communications Company, Trustmark Insurance Company, RMTS Associates, LLC and American Stop Loss Insurance Brokerage Services, Inc., by their respective counsel, that the above-captioned matter be dismissed with prejudice and without costs to any party.

| PLAINTIFF – | DEFENDANTS -- |
|---|---|
| CITIZENS COMMUNICATIONS CO. | TRUSTMARK INSURANCE CO. and RMTS ASSOCIATES, LLC |

BY:_____
    John W. Fried (CT23156) *Pro Hac Vice*
    1350 Broadway, Suite 1400
    New York, New York  10018
    (212) 268-7111

BY:_____
    Jeffrey M. Donofrio (CT07738)
    Ciulla & Donofrio, LLP
    127 Washington Avenue
    P.O. Box 219
    North Haven, CT  06473
    (203) 239-9828

DEFENDANTS –
AMERICAN STOP LOSS
INSURANCE BROKERAGE
SERVICES, INC.

BY:_____
    Deborah Etlinger (CT02877)
    Wolf, Horowitz, Etlinger &
    Case, LLC
    99 Pratt Street, #401
    Hartford, CT  06103
    (860) 724-6667

SO ORDERED:

_____
United States District Judge

Date:_____

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, via U.S. Mail, to the following counsel of record on the 8th day of June, 2004.

Joseph M. Pastore, III, Esquire
Karen Baldwin Kravetz, Esquire
Brown, Raysman, Millstein,
Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
Counsel for Citizens Communications Co.

Jeannine Chanes, Esq.
John W. Fried, Esquire
Fried & Epstein, LLP
1350 Broadway
Suite 1400
New York, NY 10018
Counsel for Citizens Communications Co.

Jeffrey M. Donofrio, Esq.
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT 06473
Counsel for Trustmark Insurance Co. and
RMTS Associates, LLC

Michael W. Coffey, Esquire
Wilson, Elser, Moskowitz, Edelman
   & Dicker, LLP
1 Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
Counsel for Trustmark Insurance Co. and
RMTS Associates, LLC

Edward Boyle, Esquire
Wilson, Elser, Moskowitz, Edelman
   & Dicker, LLP
1 Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
Co-Counsel for RMTS Associates, LLC

 

_____
Deborah Etlinger