**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**CITIZENS COMM CO**

**V.**                     Case Number:    3:01-cv-948(MRK)

**TRUSTMARK INS CO, et al**

**ORDER**

___ Stipulation for Dismissal of Case, document number <u>120</u>, **is hereby ORDERED ACCORDINGLY.**

Dated at New Haven, Connecticut, June 10, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Joanne Pesta
    Deputy Clerk